# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DARIAN COOK

              Plaintiff,

        v.

OFFICER LAYTON

             Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 07-3672 -RMB

APPEAL

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is:

☑ GRANTED

☐ DENIED, for the following reasons:

_____

_____

ENTERED this __1st__ day of __May__, 2008

                                                  Hon. Renee Marie Bumb, USDCJ

Dated:

Camden, New Jersey